DUANE MORRIS LLP
Karineh Khachatourian (CA SBN 202634)
kkhachatourian@duanemorris.com
Patrick S. Salceda (CA SBN 247978)
psalceda@duanemorris.com
2475 Hanover Street
Palo Alto, CA  94304-1194
Telephone: 650.847.4150
Facsimile: 650.847.4151

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC CO.

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| ECLIPSE IP LLC,<br><br>                              Plaintiff,<br>           vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                              Defendants. | Case No. 1:14-CV-00426-LJO-SAB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

## <u>ORDER</u>

The Court, having reviewed and considered the Parties' Stipulation to Extend Time for Pacific Gas and Electric Company ("PG&E") to respond to Plaintiff Eclipse IP LLC's Complaint, and for good cause shown, hereby orders that PG&E's response to the Complaint shall now be due on or before June 9, 2014.

IT IS SO ORDERED.

Dated:  __**May 15, 2014**__

_____
UNITED STATES MAGISTRATE JUDGE

-1-