# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECLIPSE IP LLC, | Case No. 1:14-cv-00426-LJO-SAB |
| Plaintiff, | ORDER VACATING DATES AND REQUIRING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN THIRTY DAYS |
| v. | |
| PACIFIC GAS & ELECTRIC, | |
| Defendant. | |

This action was filed on March 25, 2014.  On June 5,2014, Plaintiff filed a notice of settlement.  Due to the notice of settlement, all future dates are HEREBY VACATED.  The parties shall file dispositive documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **June 10, 2014**

UNITED STATES MAGISTRATE JUDGE

1