UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECLIPSE IP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Defendant. | 1:14-cv-426-LJO-SAB<br><br>ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (DOC. 14) |

On June 19, 2014, Eclipse IP, LLC ("Plaintiff") filed a notice of voluntary dismissal of this matter under Fed. R. Civ. P. 41(a)(1). Doc. 14 at 2. This request will be construed as one for voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) because Defendant has not filed an answer or motion for summary judgment. Plaintiff requests that the Court issue an order dismissing its complaint in its entirety with prejudice. *Id.*

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending matters and dates; and
3. DIRECTS the clerk to close this action.

**IT IS SO ORDERED**.

Dated:  June 20, 2014

   /s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL
United States District Judge

1